In the Matter of the Arbitration between SYMPHONY FABRICS CORP. and BERNSON SILK MILLS, INC.— Motion for a stay granted on condition that the record on appeal and appellant's points are served and filed on or before

April 5, 1962, with notice of argument for April 17, 1962, said appeal to be argued or submitted when reached.  Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.